UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUNG-CHIH CHEN, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-02323-SJF-ARL |
| Plaintiff, | ORAL ARGUMENT REQUESTED |
| v. | |
| HAMILTON BEACH BRANDS HOLDING COMPANY, GREGORY H. TREPP, and MICHELLE O. MOSIER, | |
| Defendants. | |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
YUNG-CHIH CHEN FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF LEAD COUNSEL</u>

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.  I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Yung-Chih Chen ("Chen"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.  I make this Declaration in support of Chen's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class.

3.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Loss chart of Chen;

Exhibit B:  Press release published over *Globe Newswire* on May 22, 2020, announcing the pendency of the above-captioned action;

Exhibit C:  Shareholder Certification executed by Chen; and

Exhibit D:  Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 21, 2020.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1