# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUNG-CHIH CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Lead Plaintiff,<br><br>　　v.<br><br>HAMILTON BEACH BRANDS HOLDING COMPANY, GREGORY H. TREPP, and MICHELLE O. MOSIER,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-02323-SJF-ARL<br><br>**NOTICE OF VOLUNARY DISMISSAL WITHOUT PREJUDICE** |

**WHEREAS**, no defendant in the above-captioned action brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Yung-Chih Chen ("Plaintiff") hereby voluntarily dismisses his claims in the above-captioned action, without prejudice, as to all defendants. All parties will bear their own costs and fees.

Dated: September 25, 2020
       New York, New York

                                        Respectfully submitted,

                                        /s/ *Brian Calandra*

                                        **POMERANTZ LLP**
                                        Jeremy A. Lieberman
                                        Brian Calandra
                                        600 Third Avenue, 20th Floor
                                        New York, NY 10016
                                        Telephone: (212) 661-1100
                                        Facsimile: (212) 661-8665
                                        Email: jalieberman@pomlaw.com
                                        Email: bcalandra@pomlaw.com

                                        *Counsel for Plaintiff*